**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **LAKEVIEW LOAN SERVICING, LLC,** *Plaintiff* | § | |
| **v.** | § | **No. 1:25-CV-01061-ADA** |
| **CARL A. GRAVELL, ET AL.,** *Defendants* | § | |

## ORDER

Before the Court are Plaintiff Lakeview Loan Servicing LLC's ("Lakeview") motion to reinstate, Dkt. 28, and motion to substitute party, Dkt. 29. In its motion to reinstate, Lakeview contends that the stay in this case should be lifted because an administrator was appointed to represent the estate of Defendant Carl A. Gravell. Dkts. 22, at 2 (requesting that case be abated "pending the appointment of an independent administrator" to "represent the estate of Carl A. Gravell"): 24 (order granting Lakeview's motion to abate); 28, at 2 (explaining that an "Independent Executor" was appointed in the probate proceeding); 28-1, at 10-15 (probate-court filings). Lakeview also seeks to have Anna Gravell, Carl A. Gravell's wife and the person to whom he bequeathed his estate, substituted in place of Carl A. Gravell as a defendant here. Dkts. 29, at 2; 29-1, at 17-21 (Carl A. Gravell's last will and testament). No party responded to Lakeview's motions. Having considered the filings and the relevant law, the Court will grant the motions.

Accordingly, **IT IS ORDERED** that Lakeview's motion to reinstate, Dkt. 28, is **GRANTED**. The **STAY** in this case is hereby **LIFTED**.

**IT IS FURTHER ORDERED** that Lakeview's motion to substitute party, Dkt. 29, is **GRANTED**. Anna Gravell is **SUBTITUTED** for Defendant Carl A. Gravell.

SIGNED October 2, 2026.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATE JUDGE